02-11-242-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00242-CV

 

 


 
 
 Jack Eugene Waggoner
 
 
  
 
 
 APPELLANT
 AND APPELLEE
 
 
 
 
  
 V.
  
 
 
 
 
 Susan Gale Waggoner
 
 
  
 
 
 APPELLEE
 AND APPELLANT
 
 


 

 

------------

 

FROM THE 271st
District Court OF Wise COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Motion To Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeals.  See
Tex. R. App. P. 42.1(a), 43.2(f).

Costs
of the appeals shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MCCOY,
MEIER, and GABRIEL, JJ. 


 

DELIVERED: 
February 2, 2012









[1]See
Tex. R. App. P. 47.4.